UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2158-RBD-LHP

HOWARD COHAN,

    Plaintiff,

vs.

HOBBY LOBBY STORES, INC.
a Foreign Profit Corporation
d/b/a HOBBY LOBBY

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, HOBBY LOBBY STORES, INC., a Foreign Profit Corporation, d/b/a HOBBY LOBBY, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 13, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Mendy Halberstam** |
| Gregory S. Sconzo, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 68999 |
| Sconzo Law Office, P.A. | E-mail: |
| 3825 PGA Boulevard, Suite 207 | mendy.halberstam@jacksonlewis.com |
| Palm Beach Gardens, FL 33410 | JACKSON LEWIS P.C. |
| Telephone: (561) 729-0940 | One Biscayne Tower, Suite 3500 |
| Facsimile: (561) 491-9459 | Two South Biscayne Boulevard |
| Email: greg@sconzolawoffice.com | Miami, Florida 33131 |

1

| | |
|---|---|
| Email: alexa@sconzolawoffice.com | Telephone: (305) 577-7600 |
| Attorney for Plaintiff | Facsimile: (305) 373-4466 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**